UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHAWN HOUSLEY                                                          CIVIL ACTION

VERSUS                                                                        NO. 09-4358

ROBERT C. TANNER, WARDEN                                    SECTION "S" (6)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Shawn Housley for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this  29th  day of _____November_____, 2010.

_____
UNITED STATES DISTRICT JUDGE